CHARLES B. FRASCA, Appellant, v. BENJAMIN F. FOSTER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

OSIAS STECHER, Appellant, v. LOUIS BIRNHACK, Respondent·— Order reversed, with costs and disbursements, and motion denied, with ten dollars costs, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell and Finch, JJ., dissent.

I. ISAAC GOLDIN, Appellant, v. LEO M. MAYER, Respondent.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs, on the ground that the amended complaint states facts sufficient to constitute a cause of action. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, to Acquire Title to the Lands Embraced within the Addition to FORT WASHINGTON PARK. EMPIRE MORTGAGE COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of *Matter of City of New York (Inwood Hill Park)* (219 App. Div. 478). Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

In the Matter of the Application of THE CITY OF ˙NEW YORK, Relative to Acquiring Title, etc., Required for the Opening and Extending of the Addition to FORT WASHINGTON PARK.— Orders so far as appealed from affirmed, with costs and disbursements, on the authority of *Matter of City of New York (Inwood Hill Park)* (219 App. Div. 478). Settle orders on notice. Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title to the Lands Embraced within the Addition to FORT WASHINGTON PARK.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of *Matter of City of New York (Inwood Hill Park)* (219 App. Div. 478). Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

LAURA M. HAMILL, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SADIE COHEN, Respondent, v. TILLIE WACHT and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.